UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VINTON MICHAEL CAMPBELL,

                Petitioner,

JUDGMENT
05-CV- 1670 (JG)

-against-

ALBERTO GONZALES, Attorney
General of the United States, et al.,

                Respondents.
----------------------------------------------------------------X

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. MAY 16 2005 BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 10, 2005, granting petitioner's request for a stay of deportation pending the outcome of 05-CV- 1511; directing that all future submissions in this matter shall be filed under docket number 05-CV- 1511; and dismissing the petition filed in 05-CV- 1670; it is

ORDERED and ADJUDGED that the petitioner's request for a stay of deportation pending the outcome of 05-CV- 1511 is granted; that all future submissions in this matter shall be filed under docket number 05-CV- 1511; and that the petition filed in 05-CV- 1670 is dismissed.

Dated: Brooklyn, New York
       May 11, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court